# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHESTER LAMBERT LILLEY, JR.,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:10CV147

FNU WIGGINS,
Head Nurse, Iredell County Jail,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 21, 2012, Order.

                                                  Signed: March 21, 2012

                                                  Frank G. Johns, Clerk
                                                  United States District Court